Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.:  18−26080−KCF
        Chapter:  13
        Judge:  Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sheryl L Schulmann
   fka Sheryl L. Schulmann
   14 Holly Hill Road
   Marlboro, NJ 07746

Social Security No.:
   xxx−xx−1243

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 1/14/19.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: January 14, 2019
JAN: bwj

                                            Jeanne Naughton
                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-26080-KCF
Sheryl L Schulmann                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2           Date Rcvd: Jan 14, 2019
                              Form ID: 148             Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 16, 2019.
```
db              +Sheryl L Schulmann,    14 Holly Hill Road,    Marlboro, NJ 07746-2004
517696778       +Citibank/The Home Depot,    Attn: Recovery/Centralized Bankruptcy,    Po Box 790034,
                  St Louis, MO 63179-0034
517699805       +Citizens Bank N.A.,    1 Citizens Drive Mailstop ROP15B,    Riverside, RI 02915-3026
517696781       +Equifax,    POB 740241,    Atlanta, GA 30374-0241
517696782       +Experian,    475 Anton Blvd,    Costa Mesa, CA 92626-7037
517705076       +Hyundai Lease Titling Trust,    PO Box 20825,    Fountain Valley, CA 92728-0825
517696785       +Indymac Federal Bank FSB,    460 Sierra Madre Villa Ste 101,    Mailstop HS 01-04,
                  Pasadena, CA 91107-2947
517696788       +Marlboro Township Tax Office,    1979 Township Drive,    Marlboro, NJ 07746-2247
517696789       +Monmouth County Sheriff's Office,    2500 Kozloski Road,    Freehold, NJ 07728-4424
517696790       +New Jersey Gross Income Tax,    P.O Box 046,    Trenton, NJ 08646-0046
517696793       +Pluese, Becker, Saltzman, LLC,    20000 Horizon Way, SUite 900,    Mount Laurel, NJ 08054-4318
517696794       +RBS Citizens Cc,    1 Citizens Dr.,    Ms: Rop 15b,    Riverside, RI 02915-3035
517726194       +Richard J. Tracy, Esq.,    30 Montgomery Street, Suite 1205,    Jersey City, NY 07302-3835
517807421      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                (address filed with court: State of New Jersey,    Division of Taxation,    P.O. Box 245,
                  Trenton, NJ 08695-0245)
517696795       +State of New Jersey,    Deptartment of taxation,    P.O. Box 448,    Trenton, NJ 08646-0448
517723509       +TD Auto Finance LLC,    Trustee Payment Dept.,    PO Box 16041,    Lewiston, ME 04243-9523
517696797       +TransUnion,    555 W. Adams Street,    Chicago, IL 60661-3631
517737116       +U.S. Bank National Association Trustee (See 410),    c/o Specialized Loan Servicing LLC,
                  8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
517696798       +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jan 15 2019 00:27:54     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 15 2019 00:27:51     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
517727160        EDI: HNDA.COM Jan 15 2019 04:48:00     Acura Financial Services,    P.O. Box 168088,
                  Irving, TX 75016-8088
517696773        EDI: HNDA.COM Jan 15 2019 04:48:00     American Honda Finance,    Attn: Bankruptcy,
                  Po Box 168088,    Irving, TX 75016
517696774       +EDI: CAPITALONE.COM Jan 15 2019 04:48:00     Capital One,    Attn: Bankruptcy,    Po Box 30285,
                  Salt Lake City, UT 84130-0285
517773203        EDI: CAPITALONE.COM Jan 15 2019 04:48:00     Capital One Bank (USA), N.A.,    PO Box 71083,
                  Charlotte, NC 28272-1083
517696775       +EDI: CHASE.COM Jan 15 2019 04:48:00     Chase Card Services,    Correspondence Dept,
                  Po Box 15298,    Wilmington, DE 19850-5298
517696776       +Fax: 602-659-2196 Jan 15 2019 00:40:50     Chex System,    7805 Hudson Road,    suite 100,
                  Saint Paul, MN 55125-1703
517696777       +EDI: CHRYSLER.COM Jan 15 2019 04:48:00     Chrysler Financial/TD Auto Finance,
                  Attn: Bankruptcy,    Po Box 9223,    Farmington Hills, MI 48333-9223
517829760       +EDI: CITICORP.COM Jan 15 2019 04:48:00     Citibank, N.A.,    Citibank, N.A.,
                  701 East 60th Street North,    Sioux Falls, SD 57104-0493
517696779       +EDI: NAVIENTFKASMDOE.COM Jan 15 2019 04:48:00     Dept of Ed / Navient,    Attn: Claims Dept,
                  Po Box 9635,    Wilkes Barr, PA 18773-9635
517708026        EDI: DISCOVER.COM Jan 15 2019 04:48:00     Discover Bank,    Discover Products Inc,
                  PO Box 3025,    New Albany, OH 43054-3025
517696780       +EDI: DISCOVER.COM Jan 15 2019 04:48:00     Discover Financial,    Po Box 3025,
                  New Albany, OH 43054-3025
517696783       +E-mail/Text: bankruptcy@fult.com Jan 15 2019 00:28:50     Fulton Bank Of Nj,    100 Park Ave,
                  Woodbury, NJ 08096-3513
517696784       +E-mail/Text: jennifer.macedo@gatewayonelending.com Jan 15 2019 00:27:22
                  Gateway One Lending and Finance,    160 North Riverview Drive #100,    Anaheim, CA 92808-2293
517696786       +EDI: IRS.COM Jan 15 2019 04:48:00     Internal Revenue Service,    P.O. Box 804527,
                  Cincinnati, OH 45280-4527
517696787       +EDI: FORD.COM Jan 15 2019 04:48:00     Kia Motors Finance,    Po Box 20825,
                  Fountain Valley, CA 92728-0825
517819682        EDI: NAVIENTFKASMSERV.COM Jan 15 2019 04:48:00     Navient Solutions, LLC on behalf of,
                  Department of Education Loan Services,    PO Box 9635,    Wilkes Barre, PA 18773-9635
517696791       +E-mail/Text: bnc@nordstrom.com Jan 15 2019 00:27:20     Nordstrom Signature Visa,
                  Attn: Bankruptcy,    Po Box 6555,    Englewood, CO 80155-6555
517815667        EDI: PRA.COM Jan 15 2019 04:48:00     Portfolio Recovery Associates, LLC,    C/O Synchrony Bank,
                  POB 41067,    Norfolk VA 23541
517822548        EDI: PRA.COM Jan 15 2019 04:48:00     Portfolio Recovery Associates, LLC,    c/o Barclaycard,
                  POB 41067,    Norfolk VA 23541
517697133       +EDI: RMSC.COM Jan 15 2019 04:48:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                  PO Box 41021,    Norfolk, VA 23541-1021
517696796       +EDI: RMSC.COM Jan 15 2019 04:48:00     Synchrony/Ashley Furniture Homestore,    Attn: Bankruptcy,
                  Po Box 965064,    Orlando, FL 32896-5064
```

```
District/off: 0312-3          User: admin              Page 2 of 2             Date Rcvd: Jan 14, 2019
                              Form ID: 148             Total Noticed: 43

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517696792      +EDI: MERRICKBANK.COM Jan 15 2019 04:48:00      ollo,   Attn: Bankruptcy,   Po Box 9222,
                Old Bethpage, NY 11804-9222
                                                                                             TOTAL: 24

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517819684*      Navient Solutions, LLC on behalf of,   Department of Education Loan Services,   PO Box 9635,
                 Wilkes Barre, PA 18773-9635
517819692*      Navient Solutions, LLC on behalf of,   Department of Education Loan Services,   PO Box 9635,
                 Wilkes Barre, PA 18773-9635
                                                                                     TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 14, 2019 at the address(es) listed below:
              Albert  Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Lehman XS Trust Mortgage Pass-Through Certificates,
               Series 2005-7N, U.S. Bank National Association, as Trustee dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Lehman XS Trust Mortgage Pass-Through
               Certificates, Series 2005-7N, U.S. Bank National Association, as Trustee
               kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Michelle  Labayen    on behalf of Debtor Sheryl L Schulmann michelle@labayenlaw.com,
               benitezgiovanna@gmail.com
              Richard James Tracy, III    on behalf of Creditor    TD Auto Finance LLC rtracy@schillerknapp.com,
               tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
              Robert P. Saltzman    on behalf of Creditor    Lehman XS Trust Mortgage Pass-Through Certificates,
               Series 2005-7N, U.S. Bank National Association, as Trustee dnj@pbslaw.org
              Stuart H. West    on behalf of Creditor    Lehman XS Trust Mortgage Pass-Through Certificates,
               Series 2005-7N, U.S. Bank National Association, as Trustee swest@pbslaw.org
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 8
```